**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DIANA BRAAKSMA, Individually**
**and as Parent, Natural Guardian, and**
**Next Best Friend of Jonathan Dustin**
**Braaksma, a minor**                                                                          **PLAINTIFF**

    v.                              **CASE NO. 3:09-CV-00048 BSM**

**UNION PACIFIC RAILROAD**                                                        **DEFENDANT**

## ORDER

Presently before the court is the motion to compel filed by defendant Union Pacific Railroad Company ("UP"). UP states that on June 2, 2009, it propounded its first set of interrogatories and requests for production on plaintiff Diana Braaksma, who did not respond until August 14, 2009. UP asserts that Braaksma's responses were untimely and contained improper objections.

To date, Braaksma has failed to respond to the motion. For good cause shown, the motion is granted. Plaintiffs are directed to provide complete responses to UP's interrogatories 4, 12, 13, 16, 17, and 19, as well as requests for production 1, 3, 5, 7-10, 17-18, and 20-30, on or before October 7, 2009.

Accordingly, defendant's motion to compel (Doc. No. 9) is granted.

IT IS SO ORDERED THIS 2nd day of October, 2009.

                                                  /s/ Brian S. Miller
                                          UNITED STATES DISTRICT JUDGE